AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | MASSACHUSETTS |

ROBERT SMALE and LESLIE SMALE

V.

TITLE 11 FUNDING, LLC

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 05-40033

TO: (Name and address of Defendant)

Title 11 Funding, LLC
76 Dorrance Street, Suite 200
Providence, RI  02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert F. Casey, Jr.
6 Lancaster County Road
Harvard, MA  01451
(978) 772-2223

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Kathleen Nassett_

(By) DEPUTY CLERK

DATE  2-22-05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3-21-05 |
| NAME OF SERVER (PRINT) Robert F. Casey, Jr. | TITLE Plaintiffs' Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail/Return Receipt Requested (attached) to: Title 11 Funding, LLC, 76 Dorrance St., Suite 200, Providence, RI 02903-2227

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/24/05
                Date                    Signature of Server

**Robert F. Casey, Jr., P.C.**
6 Lancaster County Road, Unit A
Harvard, MA 01451

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PROVIDENCE, RI 02903-2227

| Postage | $ | 0.60 | UNIT ID: 0451 |
|---|---|---|---|
| Certified Fee | | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.75 | Clerk: KKRDCP |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | 4.65 | 03/18/05 |

Sent To: Title 11 Funding, LLC
Street, Apt. No.; or PO Box No. 76 Dorrance St., Suite 200
City, State, ZIP+4 Providence, RI 02903-2227

PS Form 3800, June 2002       See Reverse for Instructions

C. Date of Delivery 3/21/05

7003 0500 0022 3857

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540