# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Smale,**
          **Plaintiff**

          **V.**

**Title 11 Funding, LLC,**
          **Defendant**

**CIVIL ACTION**

**NO. 05-40033-FDS**

## ORDER OF DISMISSAL

**Saylor,    D. J.**

    Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on   4/5/06,  it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                           **By the Court,**

  5/16/06                                         /s/ Martin Castles
   **Date**                                         **Deputy Clerk**